PATRICIA A. WELCH (SBN 127889)
E-mail: welch.patricia@dorsey.com
DORSEY & WHITNEY LLP
305 Lytton Ave.
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288

Douglas F. Stewart (*Pro Hac Vice*)
E-Mail: stewart.douglas@dorsey.com
TODD S. FAIRCHILD (*Pro Hac Vice*)
E-Mail: fairchild.todd@dorsey.com
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: (206) 903-8800
Facsimile: (206) 903-8820

Attorneys for Plaintiff ROBERT BOSCH HEALTHCARE SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT BOSCH HEALTHCARE SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EXPRESSMD SOLUTIONS, LLC,<br><br>Defendants. | CASE NO. 3:12-CV-00068 JW<br><br>**ANSWER OF ROBERT BOSCH HEALTHCARE SYSTEMS, INC. TO COUNTERCLAIMS OF DEFENDANT EXPRESS MD SOLUTIONS, LLC, IN RESPONSE TO ROBERT BOSCH HEALTHCARE SYSTEMS, INC.'S SECOND AMENDED COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |
| AND RELATED COUNTERCLAIMS. | |

Plaintiff Robert Bosch Healthcare Systems, Inc. ("Bosch") hereby answers the Counterclaims for Declaratory Judgment ("Counterclaims") filed by defendant ExpressMD Solutions, LLC ("ExpressMD"). Answering the numbered paragraphs of the Counterclaims, Bosch states:

**THE PARTIES**

35. Bosch admits, upon information and belief, the allegation contained in paragraph 35 of the Counterclaims.

36. Bosch admits the allegation contained in paragraph 36 of the Counterclaims.

37. Bosch admits that the Counterclaims seek a declaration that ExpressMD does not infringe the claims of the ’476 Patent, ’273 Patent, ’375 Patent and ‘040 Patent (collectively “the Patents-in-Suit”). Bosch admits that the Counterclaims seek a declaration that the Patents-in-Suit are invalid. Bosch denies that ExpressMD is entitled to a declaration of noninfringement or a declaration of invalidity as to any claim of the Patents-in-Suit. Bosch denies any and all remaining allegations contained in paragraph 37 of the Counterclaims.

**JURISDICTION AND VENUE**

38. Bosch denies that ExpressMD has alleged any valid counterclaims, but admits that subject matter jurisdiction is proper. Bosch denies any remaining allegations of paragraph 38 of the Counterclaims.

39. Bosch admits that venue is proper in this judicial district. Bosch denies any remaining allegations of paragraph 39 of the Counterclaims.

40. Bosch admits the allegation contained in paragraph 40 of the Counterclaims.

**RESPONSE TO FIRST COUNTERCLAIM FOR DECLARATORY RELIEF**

41. Bosch denies all of the allegations and defenses contained in ExpressMD’s Answer and Counterclaims, except where ExpressMD admits the allegations contained in the Complaint. Bosch incorporates the allegations of its Complaint and its responses to the Counterclaims above as if fully set forth herein. Bosch denies any remaining allegations contained in paragraph 41 of the Counterclaims and denies that ExpressMD is entitled to the relief it seeks.

42. Bosch admits that an actual and justiciable controversy exists between the parties with respect to infringement of the Patents-in-Suit. Bosch admits that ExpressMD has denied that it infringes any of the Patents-in-Suit. Bosch denies that its allegations of infringement by

ExpressMD of the Patents-in-Suit are wrongful. Bosch denies that it has caused ExpressMD any injury or damage. Bosch denies any and all remaining allegations contained in paragraph 42 and denies that ExpressMD is entitled to the relief it seeks.

43. Bosch denies the allegations contained in paragraph 43 of the Counterclaims.

**RESPONSE TO SECOND COUNTERCLAIM FOR DECLARATORY RELIEF**

44. Bosch denies all of the allegations and defenses contained in ExpressMD's Answer and Counterclaims, except where ExpressMD admits the allegations contained in the Complaint. Bosch incorporates the allegations of its Complaint and its responses to the Counterclaims above as if fully set forth herein. Bosch denies any remaining allegations contained in paragraph 44 of the Counterclaims and denies that ExpressMD is entitled to the relief it seeks.

45. Bosch admits that an actual and justiciable controversy exists between the parties with respect to infringement of the Patents-in-Suit. Bosch admits that ExpressMD has denied that it infringes any of the Patents-in-Suit. Bosch denies that its allegations of infringement by ExpressMD of the Patents-in-Suit are wrongful. Bosch further denies that the any claim of the Patents-in-Suit is invalid for any reason. Bosch denies that it has caused ExpressMD any injury or damage. Bosch denies any and all remaining allegations contained in paragraph 45 and denies that ExpressMD is entitled to the relief it seeks.

46. Bosch denies the allegations contained in paragraph 46 of the Counterclaims.

47. Bosch denies any and all other allegations contained in the Counterclaims unless expressly admitted above.

**PRAYER FOR RELIEF**

Bosch denies that ExpressMD is entitled to the relief it requests, and Bosch seeks a Judgment that:

(1) ExpressMD's Counterclaims are dismissed with prejudice;

(2) This case is exceptional by reason of ExpressMD's Counterclaims, and treble damages and attorney fees and costs are awarded to Bosch; and

(3) Bosch be awarded such other and further relief as the Court deems proper.

**DEMAND FOR JURY TRIAL**

Bosch demands a trial by jury on all issues so triable.

DATED: August 21, 2012.

Respectfully submitted,

DORSEY & WHITNEY LLP

By: /s/ *Patricia A. Welch*
PATRICIA A. WELCH
Attorneys for Plaintiff
ROBERT BOSCH HEALTHCARE SYSTEMS, INC.