IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT BOSCH HEALTHCARE SYSTEMS, INC.,

    Plaintiff,

  v.

EXPRESS MD SOLUTIONS, LLC,

    Defendant.

No. C 12-00068 JSW

**ORDER (1) DENYING ADMINISTRATIVE MOTION AND (2) REQUIRING AMENDED JOINT CLAIMS CONSTRUCTION AND PREHEARING STATEMENT**

Now before the Court is the administrative motion by defendant Express MD Solutions, LLC for leave to designate additional terms for claims construction. Having considered the parties' submissions and relevant authority, the Court DENIES Defendants' motion. This Order is without prejudice to either party moving for additional claims to be construed upon a showing of good cause after the first ten have been construed.

The Court FURTHER ORDERS that the parties shall file an amended joint claims construction and prehearing statement. The Court notes that term number two appears to include two terms with slightly different constructions proposed by Plaintiff. Additionally, Defendant attempts to include additional terms within term numbers one, three, five, and six. The parties shall meet and confer and narrow the proposed terms for construction to ten actual terms. The parties shall filed an amended joint claims construction and prehearing statement by no later than October 11, 2012.

1  The Court notes that the parties appear to be under the misunderstanding that the dates
2 for tutorial and claims construction hearing set by Judge Ware are still in effect. However, as
3 the parties were informed when the case was reassigned, all hearing dates presently scheduled
4 have been vacated. The parties shall propose new dates in their joint case management
5 statement due by January 4, 2013.

**IT IS SO ORDERED.**

Dated: September 19, 2012



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE