Jennifer D. Bennett (CA Bar No. 235196)
jennifer.bennett@dentons.com
**DENTONS US LLP**
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304-1125
Telephone: (650) 798-0300
Facsimile: (650) 798-0310

Mark L. Hogge (*Pro Hac Vice*)
mark.hogge@dentons.com
**DENTONS US LLP**
1301 K Street, N.W., Suite 600
Washington, D.C. 20005
Telephone: (202) 408-6400
Facsimile: (202) 408-6399

Joel N. Bock (*Pro Hac Vice*)
joel.bock@dentons.com
**DENTONS US LLP**
101 JFK Parkway
Short Hills, NJ 07078-2708
Telephone: (973) 912-7100
Facsimile: (973) 912-7199

*Attorneys for Defendant*
**EXPRESS MD SOLUTIONS, LLC**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Robert Bosch Healthcare Systems, Inc., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>Express MD Solutions, LLC, <br><br>　　　　　Defendant. <br><br>AND RELATED COUNTERCLAIMS. | Case No. 4:12-cv-00068-YGR <br><br> [PROPOSED] **ORDER REGARDING NOTICE OF WITHDRAWAL OF IMRAN A. KHALIQ AS COUNSEL OF RECORD** |

1  Having considered the request of Express MD Solutions, LLC ("ExpressMD") to allow
2  Imran A. Khaliq to withdraw his appearance as counsel of record for ExpressMD in this
3  action.
4  IT IS HEREBY ORDERED that ExpressMD's request is GRANTED; and Imran A.
5  Khaliq is relieved as counsel of record for ExpressMD.
6  **IT IS SO ORDERED.**

9  Dated: November 12, 2013

   **YVONNE GONZALEZ ROGERS**
   **UNITED STATED DISTRICT COURT JUDGE**

- 1 -

[PROPOSED] ORDER RE NOTICE OF WITHDRAWAL          CASE NO. 4:12-cv-00068-YGR