UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ROBERT BOSCH HEALTHCARE SYSTEMS, INC.**,

    Plaintiff,

    v.

**EXPRESS MD SOLUTIONS, LLC**,

    Defendant.

Case No.  12-cv-00068-YGR

**ORDER SETTING COMPLIANCE HEARING**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A compliance hearing regarding plaintiff's filing of a notice of partial dismissal with prejudice and case scheduling order shall be held on Friday, December 5, 2014, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) notice of dismissal with prejudice of claims concerning the '375 patent and a draft order concerning case scheduling, including mediation and settlement conference dates, or (b) a one-page statement setting forth an explanation for their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: November 19, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**