# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOSCH HEALTHCARE SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>EXPRESSMD SOLUTIONS, LLC,<br><br>    Defendant. | Case No.: 12-CV-0068- YGR<br><br>**ORDER SETTING CASE MANAGEMENT SCHEDULE; ORDER OF REFERENCE TO MAGISTRATE JUDGE CORLEY FOR DISCOVERY** |

In light of the parties' stipulation and proposed order regarding the same, the Court hereby **SETS** the following case management schedule:

| Event | Deadline |
|---|---|
| Bosch To Dismiss U.S. Patent No. 6,968,375 With Prejudice | November 28, 2014 |
| Disclosure of Asserted Claims and Infringement Contentions | January 5, 2015 |
| Invalidity Contentions | February 20, 2015 |
| Exchange of Proposed Terms For Construction | March 6, 2015 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | March 27, 2015 |
| Joint Claim Construction and Prehearing Statement | April 21, 2015 |
| Completion of Claim Construction Discovery | May 21, 2015 |
| Bosch's Opening Claim Construction Brief | June 5, 2015 |
| ExpressMD Responsive Claim Construction Brief | June 19, 2015 |
| Bosch's Reply Claim Construction Brief | June 26, 2015 |
| Claim Construction Tutorial | July 10, 2015 at 9:30 a.m. |
| Claim Construction Hearing On Up To 10 Claim Terms | July 17, 2015 at 9:30 a.m. |
| Parties To Have Completed Initial Round Of ADR | 45 days after service by the Court of its Claim Construction |

| Event | Deadline |
|---|---|
| | Ruling |
| Advice of Counsel | 50 days after service by the Court of its Claim Construction Ruling |
| Close of Fact Discovery | January 5, 2016 |
| Last Day To Serve Expert Reports By Party Bearing Burden Of Proof On Issue | February 2, 2016 |
| Last Day To Serve Rebuttal Expert Reports | March 2, 2016 |
| Close Of Expert Discovery | April 8, 2016 |
| Last Day To File Dispositive Motion, *Daubert* Motions, And Any Motion To Strike Portions Of An Expert's Opinion For Any Reason | May 17, 2016 |
| Trial | September 13, 2016 |

Pursuant to Local Rule 72-1 this matter is **REFERRED** to Magistrate Judge Corley for all discovery matters, including whether ExpressMD should be allowed to identify additional or "new" prior art references.

For any pending discovery dispute, after the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings --> Motions--> General --> Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how the matter will proceed. The Magistrate Judge may issue a ruling, order additional briefing, or set a telephone conference or a hearing.

Hereafter, all further discovery matters shall be filed pursuant to the assigned Magistrate Judge's procedures. The parties shall contact the courtroom deputy of the assigned Magistrate Judge for information about those procedures. Information may also be available on the Court's website.

**IT IS SO ORDERED**.

Dated: December 5, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: Magistrate Judge Corley