BAS DE BLANK (State Bar No. 191487)
 basdeblank@orrick.com
SIDDHARTHA VENKATESAN (State Bar No. 245008)
 svenkatesan@orrick.com
LILLIAN MAO (State Bar No. 267410)
 lmao@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:     (650) 614-7400
Facsimile:      (650) 614-7401

Attorneys for Plaintiff and Counter-Defendant
ROBERT BOSCH HEALTHCARE SYSTEMS, INC.

JENNIFER D. BENNETT (State Bar No. 235196)
 Jennifer.bennett@dentons.com
DENTONS US LLP
1530 Page Mill Road, Suite 200
Palo Alto, California 94304
Telephone:     (650) 798-0300
Facsimile:      (650) 798-0310

Attorneys for Defendant and Counter-Claimant
EXPRESSMD SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| ROBERT BOSCH HEALTHCARE SYSTEMS, INC., | Case No. 12-CV-00068 YGR |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| EXPRESSMD SOLUTIONS, LLC, | Judge: Hon. Yvonne Gonzalez Rogers |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Robert Bosch Healthcare Systems, Inc., and ExpressMD Solutions, LLC, pursuant to Fed. R. Civ. P. 41(a), that all claims in this action be, and hereby are, dismissed WITH PREJUDICE.  Each party shall bear its own costs, expenses, and attorneys' fees.

**IT SO STIPULATED.**

Dated:  June 11, 2015                    ORRICK, HERRINGTON & SUTCLIFFE LLP


By:  */s/ Bas de Blank*
                    BAS DE BLANK

Attorneys for Plaintiff and Counter-Defendant
ROBERT BOSCH HEALTHCARE SYSTEMS, INC.


Dated:  June 11, 2015                    DENTONS US LLP


By*:  /s/ Jennifer D. Bennett*
                    JENNIFER D. BENNETT

Attorneys for Defendant and Counter-Claimant
EXPRESSMD SOLUTIONS, LLC


**FILER'S ATTESTATION**

I, Bas de Blank, am the ECF User whose ID and password are being used to file this STIPULATION PURSUANT TO L.R. 6-1(B) AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULING ORDER.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel whose e-signature appears on the foregoing pages have concurred with this filing.


                    */s/ Bas de Blank*
                    Bas de Blank

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulation of Dismissal With Prejudice of all claims asserted between Robert Bosch Healthcare Systems, Inc., and ExpressMD Solutions, LLC, in this case, and the Court being of the opinion that said Stipulation should be ENTERED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Robert Bosch Healthcare Systems, Inc., and ExpressMD Solutions, LLC are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them

**IT IS SO ORDERED**.

Dated: June __, 2015

Honorable Yvonne Gonzalez Rogers
United States District Judge